**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 28, 2022

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re: **United States v. Jonathan Acosta**, 21 Cr. 509 (LTS)

Dear Chief Judge Swain:

    I write with the consent of the Government to request an adjournment of the conference currently scheduled for March 8, 2022, in the above captioned matter. Additional time is requested in order to meet with Mr. Acosta and to continue discussions with the Government regarding a possible disposition.

    The parties have conferred and suggest the following dates and times for the adjourned conference:

1. March 18, 2022, before 11:00 a.m. and after 2:00 p.m.
2. March 21, 2022, before 12:00 p.m.
3. March 24, 2022, before 12:00 p.m.

The foregoing adjournment request is granted. The violation of supervised release proceeding is hereby adjourned to March 18, 2022, at 2:00 pm. DE 12 is resolved.
SO ORDERED.
3/1/2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio, Esq.
Federal Defenders of New York
O: (212) 417-8728
M: (917) 612-3274

Cc:    AUSA Ashley C. Nicolas