UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                             No. 21-CR-509-LTS

JONATHAN ACOSTA,                                                  ORDER

         Defendant.

-------------------------------------------------------x

The probation violation hearing in this case is scheduled to proceed on March 18, 2022, at 2:00 p.m. in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York                          /s/ Laura Taylor Swain
       March 15, 2022                                LAURA TAYLOR SWAIN
                                                          Chief United States District Judge