UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

Jonathan Acosta,

                  Supervisee.

Docket No. 208 1:21CR00509-01 (LTS)

<u>ORDER</u>

Honorable Laura Taylor Swain, Chief U.S. District Judge:

    IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of probation conference held on March 18, 2022, it is hereby ordered that the Federal Bureau of Prisons and Essex County Jail, whichever has direct custody of the supervisee, Jonathan Acosta, Register Number 07129-107, provide a comprehensive medical evaluation with PPD results, Covid-19 results, a mental health evaluation, and a psychiatric evaluation with current treatment, prescribed medication, and ability to participate in residential substance use treatment services to the United States Probation Officer identified below no later than fourteen (14) days from the date thereof. Such evaluations and documentation are required for his assessment for admission to a residential substance use treatment program.

    The evaluations must be forwarded to the attention of U.S. Probation Officer Specialist Hildery Huffman at the U.S. Probation Office, 500 Pearl Street, 6th Floor, New York, NY 10007, Telephone number: (917) 797-3387; Fax Number: (646) 416-5489; Email: <u>Hildery_Huffman@nysp.uscourts.gov</u>. The Office of the United States Attorney is directed to transmit this Order promptly to the Warden of the facility where the supervisee is housed.

SO ORDERED.

Dated:    March 21, 2022
               New York, New York

                                                              Honorable Laura Taylor Swain
                                                             Chief U.S. District Judge