UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Jonathan Acosta,<br><br>               Supervisee. | Docket No. 1:21CR00509 (LTS)<br><br>ORDER |

Honorable Laura Taylor Swain, Chief U.S. District Judge:

    IT IS HEREBY ORDERED THAT, on April 8, 2022, at or before 9:00 a.m. the United States Marshals Service shall produce Jonathan Acosta, Register Number 07129-107, to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, to be released to the U.S. Probation Office.

    IT IS FURTHER ORDERED that the Federal Bureau of Prisons and Essex County Jail, whichever has direct custody of the supervisee, will release Jonathan Acosta with a supply of his currently prescribed medication for medical and psychiatric conditions.

SO ORDERED.

Dated:       March 31, 2022
              New York, New York

                                                  Honorable Laura Taylor Swain
                                                  Chief U.S. District Judge