UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Jonathan Acosta,<br>　　　　　　　　　Supervisee. | Docket No. 1:21CR00509 (LTS)<br><br>ORDER |

Honorable Laura Taylor Swain, Chief U.S. District Judge:

　　IT IS HEREBY ORDERED:  For the reasons stated on the record during a violation of probation conference held on March 18, 2022, the Probation Conditions are modified to include the following special condition:

　　The supervisee will participate in and complete a detoxification, rehabilitation and/or residential substance abuse treatment program approved by the United States Probation Office, for a period of **six (6) months.**  The program may include testing to determine whether the supervisee has reverted to using drugs or alcohol.  The supervisee shall continue to take any prescribed medications unless otherwise instructed by the health care/treatment provider.  The supervisee shall contribute to the cost of services rendered based on the supervisee's ability to pay and the availability of third-party payments. The Court authorizes the release of available substance abuse and mental health evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

SO ORDERED.

Dated: March 31, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge