UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　　　　　　No.  21-CR-509-LTS

JONATHAN ACOSTA,　　　　　　　　　　　　　　　　　ORDER

       Defendant.

-------------------------------------------------------x

       The Court has entered orders authorizing inpatient treatment for Mr. Acosta.  The parties are directed to meet and confer regarding a proposed date for the next status conference in this matter, and to file a joint letter on the docket identifying the proposed date(s) and time(s) for the conference.

       SO ORDERED.

Dated: New York, New York　　　　　　　　　　　/s/ Laura Taylor Swain_____
       April 1, 2022　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
                                                           Chief United States District Judge