

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2022

**BY ECF**

The Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jonathan Acosta**, 21 CR 509 (LTS)

Dear Judge Swain,

   The Government submits this joint letter in response to the Court's request for a proposed status conference date in the above captioned matter. The supervisee is expected to begin a residential treatment program on or about April 8, 2022. Accordingly, the parties respectfully request a status conference date approximately 60 days after the program start date, during the week of June 13, 2022. At current, the parties are available anytime during the week of June 13, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Ashley C. Nicolas
Assistant United States Attorney

The foregoing request for a conference is granted.
The next VSR status conference in this matter shall be held on June 16, 2022, at 2:00 pm.
DE 20 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief US District Judge
4/6/2022

cc:   Hildery Huffman, U.S. Probation Officer Specialist (by email)