UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Jonathan Acosta,

                Supervisee.

Docket No. 1:21CR00509-01 (LTS)

ORDER

Honorable Laura Taylor Swain, Chief U.S. District Judge:

    IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of probation conference held on September 9, 2022, the Probation Conditions are modified to include the following special condition:

> *Jonathan Acosta shall reside at the Residential Reentry Center, located at 2534 Creston Avenue, Bronx, NY, or a program location within the area of the New York City Metropolitan Area, for a period of <u>one hundred and twenty (120) days.</u>*
>
> *While at the Residential Reentry Center, the supervisee shall follow the facility's rules and regulations and the probation officer's instructions regarding the implementation of this court directive. The supervisee's contribution towards the cost of subsistence is waived.*
>
> *Jonathan Acosta will be restricted to the Residential Reentry Center at all times except for mental health treatment, substance use treatment, medical appointments, employment, education, religious services, attorney visits, probation appointments, court appearances, court-ordered obligations, preapproved visitation with his grandmother, or other activities as preapproved by the U.S. Probation Officer and the Residential Reentry Center Manager. Jonathan Acosta needs to submit a written pass for the upcoming weeks and provide verifiable proof of the appointments and/or employment. Without verifiable proof, passes cannot be approved.*

SO ORDERED.

Dated:    September 9, 2022
            New York, New York

                                            /s/ Laura Taylor Swain
                                            Honorable Laura Taylor Swain
                                            Chief U.S. District Judge