

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2022

**By Email and ECF**
The Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   **United States v. Jonathan Acosta**, 21 CR 509 (LTS)

Dear Judge Swain,

    The Government submits this letter in response to an October 17, 2022 email from Chambers requesting a scheduling update in the above-captioned matter. As per the United States Probation Department, the defendant, Jonathan Acosta, is currently considered an absconder. On or about October 4, 2022, Your Honor signed an arrest warrant ordering that the defendant be arrested and brought before a United States Magistrate Judge in connection with his non-compliance with probation conditions. *See* Ex. A. The defendant has not yet been apprehended. Given the defendant's current status as an absconder, the parties and the Probation Department jointly request that the conference currently scheduled for October 27, 2022, be adjourned *sine die*. The Government and Probation Department will provide an update to the Court when the defendant is apprehended.

The foregoing adjournment request is granted. The probation violation hearing is hereby adjourned to a control date of January 27, 2023, at 2:00 pm. The parties shall keep the Court apprised of any developments regarding Mr. Acosta's status.  DE 31 is resolved.
SO ORDERED.
10/20/2022
Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
    Ashley C. Nicolas
    Assistant United States Attorney

cc: Amy Gallicchio, Esq., Counsel for Jonathan Acosta
    Hildery Huffman, U.S. Probation Officer Specialist

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Case No. 1:21CR00509-01 (LTS) |
| Jonathan Acosta | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Jonathan Acosta, who is accused of an offense or violation based on the following document filed with the court:

 X  Probation Violation Petition

This offense is briefly described as follows:

**Non-Compliance with probation conditions as outlined in the attached petition.**

Date:   October 4, 2022             /s/ Laura Taylor Swain
*Issuing officer's signature*

City and state: New York, NY          Honorable Laura T. Swain, Chief U.S. District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____           _____
                                   *Arresting officer's signature*

City and state: _____     _____
                                   *Printed name and title*