UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                   No. 21-CR-509-LTS

JONATHAN ACOSTA,                        ORDER

          Defendant.

--------------------------------------------------------x

        The probation violation hearing in this case is scheduled to proceed on November 30, 2022, at 2:30 p.m. in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York         _/s/ Laura Taylor Swain_____
      November 4, 2022           LAURA TAYLOR SWAIN
                                Chief United States District Judge