```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

                -v-                                        No. 21 crim 509 (LTS)

JONATHAN ACOSTA

                Defendant.

-----------------------------------------------------------x

## ORDER

ORDERED that pursuant to sentence of time served imposed today, the defendant Jonathan Acosta is discharged from the custody of the U.S. Marshals Service.

SO ORDERED.

Dated: New York, New York
         December 16, 2022

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge